# Exhibit 1

to *Kashi v. Pearson Education, Inc.* No. 17-cv-10240-JLL-SCM
First Amended Complaint

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 1  Orig. Row: | | PRI89050_00001f06 | Reg. Number: VA 2-043-445  Reg. Date: 3/20/2017 | Inv. No.: 144396  Inv. Date: 9/28/2001  Licensor: Corbis | Allyn & Bacon | Invitation to Corrections by Bartollas, ©2002 - 0205314120 | 40,000; NA; English |
| FAC Row: 2  Orig. Row: 3 | | ZK001647  *WORKER PLACING COMPUTER IN CARTON ON ASSEMBLY LINE AT DELL COMPUTER CORPORATION IN 1994* | Reg. Number: VA 2-042-439  Reg. Date: 12/30/2016 | Inv. No.: 211917  Inv. Date: 8/13/2002  Licensor: Corbis | | Cost Accounting: A Managerial Emphasis 11e 2003  0130648159 | 100,000; World; English |
| FAC Row: 3  Orig. Row: | | MIS90059_00001f39  *Elementary School Students* | Reg. Number: VA 2-043-447  Reg. Date: 3/20/2017 | Inv. No.: 212894  Inv. Date: 8/15/2002  Licensor: Corbis | Scott Foresman | Scott Foresman Social Studies - Communities by Dawson Boyd, Gay, et al., ©2003 - 0328017612 | 500,000; NA; English and Spanish, includes 5 years of online use in a reproduction of the book.  Invoice 212894 addresses one-time use in a single publication. Texas Edition (032801785X) is not licensed. |
| FAC Row: 4  Orig. Row: 6 | | ZK001600  *ST. MARY'S DAY, ASMARA, ETHIOPIA* | Reg. Number: VA 2-042-439  Reg. Date: 12/30/2016 | Inv. No.: 281483  Inv. Date: 1/31/2003  Licensor: Corbis | | Diversity Amid Globalization 2e 2002  0130932914 | 40,000; NA; English |
| FAC Row: 5  Orig. Row: 11 | | ZK002030  *SECURITY GUARDS PERFORMING TRAINING DRILL - SECURITY GUARDS AIM AT TARGETS WITH THEIR* | Reg. Number: VA 1-152-436  Reg. Date: 8/26/2002 | Inv. No.: 383241  Inv. Date: 08/06/2003  Licensor: Corbis | | Criminal Justice: A Brief Introduction 5e 2004  0131407767 | 40,000; NA; English |
| FAC Row: 6  Orig. Row: 10 | | ZK001177  *AERIAL VIEW OF ORACLE HEADQUARTERS IN SILICON VALLEY* | Reg. Number: VA 2-042-446  Reg. Date: 12/30/2016 | Inv. No.: 388879  Inv. Date: 8/19/2003  Licensor: Corbis | | America in the Twentieth Century 5e 2004  013183181X | 40,000; NA; English.  Invoice 388879 addresses one-time use of this image in a print publication. It does not authorize Pearson's use of this image in CourseSmart eTextbook 5e 2005, ISBN 0131954857. This electronic use is entirely unauthorized. |
| FAC Row: 7  Orig. Row: 14 | | ZK002030  *SECURITY GUARDS PERFORMING TRAINING DRILL - SECURITY GUARDS AIM AT TARGETS WITH THEIR* | Reg. Number: VA 1-152-436  Reg. Date: 8/26/2002 | Inv. No.: 629842  Inv. Date: 11/5/2004  Licensor: Corbis | | Criminal Justice Today: An Introductory Text for the 21st Century 8e 2005  0131844938 | 40,000; NA; English |
| FAC Row: 8  Orig. Row: 17 | | ZK001177  *AERIAL VIEW OF ORACLE HEADQUARTERS IN SILICON VALLEY* | Reg. Number: VA 2-042-446  Reg. Date: 12/30/2016 | Inv. No.: 654571  Inv. Date: 12/23/2004  Licensor: Corbis | | Moving On: The American People Since 1945 3e 2005  0131898256 | 40,000; NA; English. |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 9  Orig. Row: 15 | | ZK001600  ST. MARY'S DAY, ASMARA, ETHIOPIA | Reg. Number: VA 2-042-439  Reg. Date: 12/30/2016 | Inv. No.: 656644  Inv. Date: 12/29/2004  Licensor: Corbis | | Globalization and Diversity: Geography of a Changing World 1e 2005  0131477390 | 40,000; NA; English.  Invoice 656644 addresses one-time use of this image in a print publication. It does not authorize Pearson's use of this image in CourseSmart eTextbook 1e 2005, ISBN 0131332317. This electronic use is entirely unauthorized. |
| FAC Row: 10  Orig. Row: | | ZK001600  ST. MARY'S DAY, ASMARA, ETHIOPIA | Reg. Number: VA 2-042-439  Reg. Date: 12/30/2016 | Inv. No.: 767997  Inv. Date: 8/16/2005  Licensor: Corbis | | Diversity Amid Globalization 3e  0131330462 | 40,000; NA; English.  Invoice 767997 addresses one-time use of this image in a print publication. It does not authorize Pearson's use of this image in CourseSmart eTextbook 3e 2006, ISBN 0131854917. This electronic use is entirely unauthorized. |
| FAC Row: 11  Orig. Row: 26 | | ZK002005  AMERICAN ISLAMIC ACADEMY STUDENTS AND TEACHER. | Reg. Number: VA 1-199-164  Reg. Date: 9/25/2002 | Inv. No.: 775358  Inv. Date: 8/30/2005  Licensor: Corbis | | Racial and Ethnic Groups 10e 2006  013192897X | 40,000; NA; one language  Invoice 775358 addresses one-time use of this image in a print publication. It does not authorize Pearson's use of this image in Racial and Ethnic Groups Ebook 10e 2006, ISBN 0536120714, or CourseSmart eTextbook 10e 2006, ISBN 0131928988. These uses are entirely unauthorized. |
| FAC Row: 12  Orig. Row: | | ZK001600  ST. MARY'S DAY, ASMARA, ETHIOPIA | Reg. Number: VA 2-042-439  Reg. Date: 12/30/2016 | Inv. No.: 6015344  Inv. Date: 2/16/2006  Licensor: Corbis | | Diversity Amid Globalization IR on CD  0131922084 | 1,000 CD/DVD; NA; English |
| FAC Row: 13  Orig. Row: | | ZK001647  WORKER PLACES COMPUTER IN BOX: A CUSTOM COMPUTER GOES THROUGH THE ASSEMBLY LINE AT | Reg. Number: VA 2-042-439  Reg. Date: 12/30/2016 | Inv. No.: 6028780  Inv. Date: 3/29/2006  Licensor: Corbis | | Economics 1e 2006  0130675520 | 40,00; NA; English |
| FAC Row: 14  Orig. Row: 30 | | ZK002030  SECURITY GUARDS PERFORMING TRAINING DRILL - SECURITY GUARDS AIM AT TARGETS WITH THEIR | Reg. Number: VA 1-152-436  Reg. Date: 8/26/2002 | Inv. No.: 6039316  Inv. Date: 4/28/2006  Licensor: Corbis | | Criminal Justice Today: An Introductory Text for the 21st Century 9e 2007  0131719505 | 40,000; NA; English. No electronic rights. |
| FAC Row: 15  Orig. Row: 34 | | ZK001647  A CUSTOM COMPUTER GOES THROUGH THE ASSEMBLY LINE AT DELL COMPUTER. | Reg. Number: VA 2-042-439  Reg. Date: 12/30/2016 | Inv. No.: 6049795  Inv. Date: 06/05/2006  Licensor: Corbis | | Operations Management: Process and Value Chains 8e 2007  013187294X | 40,000; NA; English, with right to distribute between 10% and 30% abroad.  Invoice 6049795 addresses one-time use of this image in a print publication. It does not authorize Pearson's use of this image in CourseSmart eTextbook 8e 2007, ISBN 0131738798. This electronic use is entirely unauthorized. |
| FAC Row: 16  Orig. Row: | | SMI04023_1480  DWF-15-929566 Accessible Public Space for | Reg. Number: VA 2-043-558  Reg. Date: 3/20/2017 | Inv. No.: 6052597  Inv. Date: 6/27/2006  Licensor: Corbis | Pearson Education Prentice Hall (NJ) | Biology - Science for Life with Physiology by Belk, Borden, 2/e, ©2007 -  013225770X | 40,000; NA; English. Text only |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 17  Orig. Row: 21 | | ZK001177  AERIAL VIEW OF ORACLE HEADQUARTERS IN SILICON VALLEY | Reg. Number: VA 2-042-446  Reg. Date: 12/30/2016 | Inv. No.: 6060767  Inv. Date: 7/13/2006  Licensor: Corbis | | Exploring the Urban Community: A GIS Approach 1e 2006  0130175765 | 40,000; NA; English |
| FAC Row: 18  Orig. Row: 29 | | ZK002139  motorcycle in car's side view mirror | Reg. Number: VA 1-194-719  Reg. Date: 4/1/2003 | Inv. No.: 6102947  Inv. Date: 11/28/2006  Licensor: Corbis | | College Physics, (Chs. 1-30) 8e 2007  0805378219x | 40,00; NA; English, with the right to distribute over 10% and not more than 30% of this U.S. Imprint edition abroad. |
| FAC Row: 19  Orig. Row: 33 | | ZK002139  CAR SIDE MIRROR | Reg. Number: VA 1-194-719  Reg. Date: 4/1/2003 | Inv. No.: 6102955  Inv. Date: 11/28/2006  Licensor: Corbis | | Instructor Resource CD-ROM for College Physics 8e 2007  0805393811 | Electronic version of the book "College Physics 8/e-IRCD" (c) 2007 40,000; NA |
| FAC Row: 20  Orig. Row: 39 | | ZK001807  Visiting a man in prison | Reg. Number: VA 2-042-420  Reg. Date: 12/30/2016 | Inv. No.: 7026497  Inv. Date: 3/29/2007  Licensor: Corbis | | Corrections: An Introduction 2e 2008  0132249057 | 40,000; NA; English. |
| FAC Row: 21  Orig. Row: 41 | | ZK001600  ST. MARY'S DAY, ASMARA, ETHIOPIA | Reg. Number: VA 2-042-439  Reg. Date: 12/30/2016 | Inv. No.: 7034065  Inv. Date: 4/24/2007  Licensor: Corbis | | Globalization and Diversity: Geography of a Changing World 2e 2008  0131756958 | 40,000; NA; English.  Invoice 7034065 addesses one-time use of this image in a print publication.  It does not authorize Pearson's use of this image in CourseSmart eTextbook 2e 2008, ISBN 013600704X.  This electronic use is entirely unauthorized. |
| FAC Row: 22  Orig. Row: 47 | | ZK002005; DWF 15  AMERICAN ISLAMIC ACADEMY STUDENTS AND TEACHER. | Reg. Number: VA 1-199-164  Reg. Date: 9/25/2002 | Inv. No.: 7034102  Inv. Date: 4/24/2007  Licensor: Corbis | | Racial and Ethnic Groups 11e 2008  0132438755 | 40,000; NA; English  Invoice 7034102 addresses one-time use of this image in a print publication.  It does not authorize Pearson's use of this image in CourseSmart eTextbook 11e 2008, ISBN 0131791028.  This electronic use is entirely unauthorized. |
| FAC Row: 23  Orig. Row: 44 | | 42-16794694  A WHEELCHAIR BOUND MAN USES MARTA'S WHEELCHAIR RAMP TO GET ABOARD, ON FEBRUARY 10, 2006. | Reg. Number: VA 1-378-558  Reg. Date: 8/29/2006 | Inv. No.: 7043688  Inv. Date: 05/25/2007  Licensor: Corbis | | Government by the People, National, State, Local 22e 2008  013239149X | 40,000; NA; English  Invoice 7043688 addresses one-time use of this image in a print publication.  It does not authorize Pearson's use of this image in National Version, CourseSmart eTextbook 22e 2008, ISBN 0132410001.  This electronic use is entirely unauthorized. |
| FAC Row: 24  Orig. Row: 45 | | 42-16794694  A WHEELCHAIR BOUND MAN USES MARTA'S WHEELCHAIR RAMP TO GET ABOARD, ON FEBRUARY 10, 2006. | Reg. Number: VA 1-378-558  Reg. Date: 8/29/2006 | Inv. No.: 7043688  Inv. Date: 05/25/2007  Licensor: Corbis | | Government by the People, National, State, Local 22e 2008 (2nd Use)  013239149X | 40,000; NA; English |

| | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|
| FAC Row: 25<br><br>Orig. Row: | ZK001600<br><br>ST. MARY'S DAY, ASMARA, ETHIOPIA | Reg. Number: VA 2-042-439<br>Reg. Date: 12/30/2016 | Inv. No.: 7034090<br>Inv. Date: 5/30/2007<br>Licensor: Corbis | | Diversity Amid Globalization IRC on DVD 2/e<br>0132243660 | One time non exclusive North American english multimedia rights for print run 1,000. Rights granted for use in a single edition of Globalization & Diversity: Geography for a Changing World 2e IRC on DVD (c) 2008 |
| FAC Row: 26<br><br>Orig. Row: 37 | ZK001177<br><br>AERIAL VIEW OF ORACLE HEADQUARTERS IN SILICON VALLEY | Reg. Number: VA 2-042-446<br>Reg. Date: 12/30/2016 | Inv. No.: 7053424<br>Inv. Date: 6/29/2007<br>Licensor: Corbis | | America Since 1900 6e 2008<br>0131593072 | 40,000; NA; English. No electronic rights.<br><br>Invoice 7053424 addresses one-time use of this image in a print publication. It does not authorize Pearson's use of this image in CourseSmart eTextbook 6e 2008, ISBN 0136149685. This electronic use is entirely unauthorized. |
| FAC Row: 27<br><br>Orig. Row: 31 | 42-16421932<br><br>THE MAZI SUPERMARKET AND DREAM CITY ARE A COMPLEX OF SHOPPING AND AMUSEMENT PARK IN DOHUK CITY, | Reg. Number: VA 1-349-183<br>Reg. Date: 5/4/2006 | Inv. No.: 7068045<br>Inv. Date: 8/27/2007<br>Licensor: Corbis | | Cultural Anthropology (Book Alone) 4e 2007<br>0205488080 | 20,000; NA; English |
| FAC Row: 28<br><br>Orig. Row: 32 | DWF15-669772<br><br>OVERVIEW OF DAILY LIFE IN SYRIA 1995. THREE BOYS FROM THE EIN GIOREEN VILLAGE SELLING THE HERB ZUFA | Reg. Number: VA 1-262-647<br>Reg. Date: 6/30/2004 | Inv. No.: 7068045<br>Inv. Date: 8/27/2007<br>Licensor: Corbis | | Cultural Anthropology (Book Alone) 4e 2007<br>0205488080 | 20,000; NA; English |
| FAC Row: 29<br><br>Orig. Row: 40 | 42-17014377<br><br>USA- EDUCATION-IBM-MARY MCDOWELL CENTER FOR LEARNING TEACHER GINNY O'HARE (L) AND VICKI HANSON, | Reg. Number: VA 1-378-558<br>Reg. Date: 8/29/2006 | Inv. No.: 8014069<br>Inv. Date: 1/1/2008<br>Licensor: Corbis | | Creating Inclusive Classrooms: Effective and Reflective Practices 6 2008<br>0132272350 | 10,000; NA; English. No electronic rights. |
| FAC Row: 30<br><br>Orig. Row: 28 | DWF15-669772<br><br>OVERVIEW OF DAILY LIFE IN SYRIA 1995. THREE BOYS FROM THE EIN GIOREEN VILLAGE SELLING THE HERB ZUFA | Reg. Number: VA 1-262-647<br>Reg. Date: 6/30/2004 | Inv. No.: 9009267<br>Inv. Date: 2/23/2008<br>Licensor: Corbis | | Anthropology 2e<br>0205583539 | 20,000; NA; English p. 371 |
| FAC Row: 31<br><br>Orig. Row: 73 | 42-15448039<br><br>Spycam Surveillance in Chicago | Reg. Number: VA 1-318-690<br>Reg. Date: 8/22/2005 | Inv. No.: 8014078<br>Inv. Date: 2/28/2008<br>Licensor: Corbis | | Writer's World, The: Paragraphs and Essays 2e 2009<br>013615218X | 40,00; NA; English |
| FAC Row: 32<br><br>Orig. Row: 53 | ZK002030<br><br>SECURITY GUARDS PERFORMING TRAINING DRILL - SECURITY GUARDS AIM AT TARGETS WITH THEIR | Reg. Number: VA 1-152-436<br>Reg. Date: 8/26/2002 | Inv. No.: 8028197<br>Inv. Date: 4/29/2008<br>Licensor: Corbis | | Criminal Justice Today: An Introductory Text for the 21st Century 10e 2009<br>0135130301 | 40,000; NA; English. No electronic rights granted.<br><br>Invoice 8028197addresses one-time use of this image in a print publication. It does not authorize Pearson's use of this image in CourseSmart eTextbook 10e 2009, ISBN 013208249. This electronic use is entirely unauthorized. |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 33 Orig. Row: 60 | | ZK001600 ST. MARY'S DAY, ASMARA, ETHIOPIA | Reg. Number: VA 2-042-439 Reg. Date: 12/30/2016 | Inv. No.: 8035011 Inv. Date: 5/28/2008 Licensor: Corbis | | Diversity Amid Globalization: World Regions, Environment, Development 4e 2009 0136005543 | 40,000 text rights, plus 1,000 IRCD; NA; English. Invoice 8035011 addresses one-time use of this image in a print publication, and on a CD-Rom. It does not authorize Pearson's use of this image in Diversity Amid Globalization - Ebook 4e 2009. This use is entirely unauthorized. |
| FAC Row: 34 Orig. Row: 61 | | DWF15-607640 YOUNG WORKERS ARE SEEN AT A SOCCER BALL FACTORY IN THE CITY OF SIALKOT, WHICH IS THE WORLD'S SOCCER BALL | Reg. Number: VA 2-042-423 Reg. Date: 12/21/2016 | Inv. No.: 8035011 Inv. Date: 5/28/2008 Licensor: Corbis | | Diversity Amid Globalization: World Regions, Environment, Development 4e 2009 0136005543 | 40,000 text rights, plus 1,000 IRCD; NA; English. Invoice 8035011 addresses one-time use of this image in a print publication, and on a CD-Rom. It does not authorize Pearson's use of this image in Diversity Amid Globalization - Ebook 4e 2009. This use is entirely unauthorized. |
| FAC Row: 35 Orig. Row: 81 | | ZK002191 Woman receiving assistance on medical coverage | Reg. Number: VA 1-223-815 Reg. Date: 12/29/2003 | Inv. No.: 8067851 Inv. Date: 10/30/2008 Licensor: Corbis | | Social Work: A Profession of Many Faces 12e 2010 0205636837 | 40,000; NA; English. Expired 10/14/2009. |
| FAC Row: 36 Orig. Row: 69 | | DWF15-916277 America's uninsured | Reg. Number: VA 1-288-586 Reg. Date: 11/22/2004 | Inv. No.: 8068250 Inv. Date: 10/31/2008 Licensor: Corbis | | Psychology 2e 2009 0136004288 | 100,000 print (136004288), 5,000 Instructor's Resource CD-Rom (ISBN 0136041264); English; US + right to distribute 30% of the US imprint abroad. Invoice 8068250 addresses one-time use of this image in a print edition and CD-Rom, each expressly identitified by ISBN. It does not authorize Pearson's use of this image in MyPsychLab Pegasus Instant Access, ISBN 0136040985, or CourseSmart eTextbook, ISBN 0137130139. These electronic uses are entirely unauthorized. |
| FAC Row: 37 Orig. Row: 49 | | 42-19131350 Feature- Sandwich Generation: One Year Later | Reg. Number: VA 2-042-485 Reg. Date: 12/30/2016 | Inv. No.: 8072574 Inv. Date: 11/24/2008 Licensor: Corbis | | American Government: Roots and Reform, 2009 Edition 10e 2009 0205652190 CourseSmart eTextbook 10e | One time non exclusive North American english rights for print run 86,000 + 2,000 Course Smart. |
| FAC Row: 38 Orig. Row: 71 | | 42-16794694 A WHEELCHAIR BOUND MAN USES MARTA'S WHEELCHAIR RAMP TO GET ABOARD, ON FEBRUARY 10, 2006. | Reg. Number: VA 1-378-558 Reg. Date: 8/29/2006 | Inv. No.: 8075105 Inv. Date: 12/9/2008 Licensor: Corbis | | Understanding American Politics and Government 1e 2009 0321169654 | 35,000 + 5% (1,750 copies) ebook rights; NA; 1 language |
| FAC Row: 39 Orig. Row: 51 | | ZK001647 A CUSTOM COMPUTER GOES THROUGH THE ASSEMBKY LINE AT DELL COMPUTER | Reg. Number: VA 2-042-439 Reg. Date: 12/30/2016 | Inv. No.: 8078021 Inv. Date: 12/23/2008 Licensor: Corbis | | Business Essentials 7e 2009 0136070760 MyBizLab with Pearson eText -- Instant Access -- | 100,000 print + 100,000 electronic; world; English. |
| FAC Row: 40 Orig. Row: 62 | | 42-16794694 A WHEELCHAIR BOUND MAN USES MARTA'S WHEELCHAIR RAMP TO GET ABOARD, ON FEBRUARY 10, 2006. | Reg. Number: VA 1-378-558 Reg. Date: 8/29/2006 | Inv. No.: 9010049 Inv. Date: 2/25/2009 Licensor: Corbis | | Government by the People, 2009 Edition 23e 2009 0136062229 | 100,000; NA; English. Invoice 9010049 addresses one-time use of this image in a print publication. It does not authorize Pearson's use of this image in CourseSmart eTextbook 23e 2009, ISBN 0136062237. This electronic use is entirely unauthorized. |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 41 Orig. Row: 80 | | 42-16169067 HAZARDOUS MATERIALS | Reg. Number: VA 2-042-479 Reg. Date: 12/30/2016 | Inv. No.: 9013276 Inv. Date: 03/17/2009 Licensor: Corbis | | Prehospital Emergency Care 9e 2010 1e 0135028094 | 40,000; NA; one language. Includes electronic rights. |
| FAC Row: 42 Orig. Row: 77 | | 42-16169067 USA - HURRICANE KATRINA - CLEAN UP, BURAS, LOUISIANA,USA 12/13/05 | Reg. Number: VA 2-042-479 Reg. Date: 12/30/2016 | Inv. No.: 9013276 Inv. Date: 03/17/2009 Licensor: Corbis | | Prehospital Emergency Care 9e 2010 0135028094 | 40,000; NA; one language. Includes electronic rights. |
| FAC Row: 43 Orig. Row: 78 | | 42-16169067 USA - HURRICANE KATRINA - CLEAN UP, BURAS, LOUISIANA,USA 12/13/05 | Reg. Number: VA 2-042-479 Reg. Date: 12/30/2016 | Inv. No.: 9013276 Inv. Date: 03/17/2009 Licensor: Corbis | | Prehospital Emergency Care 9e 2010 0135028094 | 40,000; NA; one language. Includes electronic rights. |
| FAC Row: 44 Orig. Row: 79 | | 42-16169067 USA - HURRICANE KATRINA - CLEAN UP, BURAS, LOUISIANA,USA 12/13/05 | Reg. Number: VA 2-042-479 Reg. Date: 12/30/2016 | Inv. No.: 9013276 Inv. Date: 03/17/2009 Licensor: Corbis | | Prehospital Emergency Care 9e 2010 0135028094 | 40,000; NA; one language. Includes electronic rights. |
| FAC Row: 45 Orig. Row: 75 | | 42-17014377 USA- EDUCATION-IBM- MARY MCDOWELL CENTER FOR LEARNING TEACHER GINNY O'HARE (L) AND VICKI HANSON, | Reg. Number: VA 1-378-558 Reg. Date: 8/29/2006 | Inv. No.: 9013478 Inv. Date: 3/18/2009 Licensor: Corbis | | Integrating Educational Technology into Teaching 5e 2010 0135130638 | 100,000 PR; NA; English plus 2,000 ebooks |
| FAC Row: 46 Orig. Row: 54 | | 42-16421932 THE MAZI SUPERMARKET AND DREAM CITY ARE A COMPLEX OF SHOPPING AND AMUSEMENT PARK IN DOHUK CITY, | Reg. Number: VA 1-349-183 Reg. Date: 5/4/2006 | Inv. No.: 9020847 Inv. Date: 4/29/2009 Licensor: Corbis | | Cultural Anthropology 5e 2009 0205683290 | 40,000; NA; English. Invoice 9020847 addresses one-time use of this image in a print publication. It does not authorize Pearson's use of this image inCourseSmart eTextbook 5e 2009, ISBN 0205683401. This electronic use is entirely unauthorized. |
| FAC Row: 47 Orig. Row: 55 | | DWF15-669772 OVERVIEW OF DAILY LIFE IN SYRIA 1995. THREE BOYS FROM THE EIN GIOREEN VILLAGE SELLING THE HERB ZUFA | Reg. Number: VA 1-262-647 Reg. Date: 6/30/2004 | Inv. No.: 9020847 Inv. Date: 4/29/2009 Licensor: Corbis | | Cultural Anthropology 5e 2009 0205683290 | 40,000; NA; English. Invoice 9020847 addresses one-time use of this image in a print publication. It does not authorize Pearson's use of this image inCourseSmart eTextbook 5e 2009, ISBN 0205683401. This electronic use is entirely unauthorized. |
| FAC Row: 48 Orig. Row: 85 | | ZK001621 MACINTOSH TEAM | Reg. Number: VA 2-051-424 Reg. Date: 12/29/2016 | Inv. No.: 9025361 Inv. Date: 5/28/2009 Licensor: Corbis | | Technology In Action, Complete 6e 2010 0135046246 Instructor Resource Center | 200,000; World; English. includes electronic rights |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 49　Orig. Row: 76 | | 42-15448039　Spycam Surveillance in Chicago | Reg. Number: VA 1-318-690　Reg. Date: 8/22/2005 | Inv. No.: 9025531　Inv. Date: 5/29/2009　Licensor: Corbis | | Places and Regions in Global Context: Human Geography 5e 2010　0321580028 | 100,000 + accompanying electronic rights; NA; English. |
| FAC Row: 50　Orig. Row: | | ZK002132　TATTOED BIKER AT STURGIS RALLY | Reg. Number: VA 1-194-719　Reg. Date: 4/1/2003 | Inv. No.: 100027528　Inv. Date: 9/24/2009　Licensor: Corbis | Allyn & Bacon | Sociology: A Down-to-Earth Approach 10e 2010　0205688624 | 40,000: NA; English. License eded 9/24/2016 |
| FAC Row: 51　Orig. Row: 83 | | ZK002132　TATTOOED BIKERS AT STURGIS RALLY | Reg. Number: VA 1-194-719　Reg. Date: 4/1/2003 | Inv. No.: 1000036761　Inv. Date: 11/23/2009　Licensor: Corbis | | Sociology: A Down-to-Earth Approach, Core Concepts 4e 2010　0205698301 | 25,000 +up to 2,000 ebook; NA; English License end 10/19/2016 |
| FAC Row: 52　Orig. Row: 74 | | 42-19131350　Feature- Sandwich Generation: One Year Later | Reg. Number: VA 2-042-485　Reg. Date: 12/30/2016 | Inv. No.: 1000058066　Inv. Date: 12/15/2009　Licensor: Corbis | | Family Life Now 2e 2010　0205632513 | 40,000; NA; One language. License expired 12/15/2016 |
| FAC Row: 53　Orig. Row: 92 | | DWF15-929688　Accessible public space for the disabled | Reg. Number: VA 2-042-419　Reg. Date: 1/5/2017 | Inv. No.: 1000077203　Inv. Date: 02/16/2010　Licensor: Corbis | | My World Geography Survey 1e 2011　0133691624 | 500,000; US; English & Spanish. Electronic Circulation: Password Protected Website and/or Server. Term: 10 years. |
| FAC Row: 54　Orig. Row: 93 | | DWF15-916277　America's uninsured | Reg. Number: VA 1-288-586　Reg. Date: 11/22/2004 | Inv. No.: 1000081729　Inv. Date: 2/26/2010　Licensor: Corbis | | Psychology, AP* Edition 2e 2011　0205786170 | 40,000; NA; English. accompanying electronic rights included in print run. License ended 2/26/2017. |
| FAC Row: 55　Orig. Row: 1 | | 42-19131350　Feature- Sandwich Generation: One Year Later | Reg. Number: VA 2-042-485　Reg. Date: 12/30/2016 | Inv. No.: 1000084704　Inv. Date: 3/9/2010　Licensor: Corbis | Pearson/Allyn & Bacon | Diversity in Families 9e 2011　ISBN 0205693075 | 40,000 +accompanying electronic rights included within print run; World; English. License End Date: 3/9/2017 |
| FAC Row: 56　Orig. Row: 2 | | ZK001373　Children Learning at Home | Reg. Number: VA 2-043-502　Reg. Date: 3/20/2017 | Inv. No.: 1000085142　Inv. Date: 3/10/2010　Licensor: Corbis | Pearson NJ | Blair Reader 7e 2011　isbn 0206728448 | One time non exclusive US Extended english rights for print run of 100,000, with the right to distribute over 10% but no more than 30% of this US imprint abroad. License end date: 3/10/2017 |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 57  Orig. Row: 3 | | ZK002005  American Islamic Academy Students and Teacher | Reg. Number: VA 1-199-164  Reg. Date: 9/25/2002 | Inv. No.: 1000086052  Inv. Date: 3/12/2010  Licensor: Corbis | Pearson/Allyn & Bacon | Racial and Ethnic Groups Census Update 12e 2011 ISBN 020580513 | One time non exclusive US Extended english rights for print run 100,000 + accompanying electronic rights, with the right to distribute over 10% but no more than 30% of this US Imprint abroad.  License End Date: 3/12/2017 |
| FAC Row: 58  Orig. Row: 4 | | ZK001647  Worker Places Computer in Box | Reg. Number: VA 2-042-439  Reg. Date: 12/30/2016 | Inv. No.: 1000086053  Inv. Date: 3/12/2010  Licensor: Corbis | Pearson NJ | Business Essentials 8e 2011 isbn 0137053495 | US Extended english rights for print run 100,000 +accompanying electronic rights, with the right to distribute over 10% but no more than 30% of this US imprint abroad. |
| FAC Row: 59  Orig. Row: 5 | | ZK001621  Macintosh team | Reg. Number: VA 2-051-424  Reg. Date: 12/29/2016 | Inv. No.: 1000087476  Inv. Date: 3/17/2010  Licensor: Corbis | Pearson NJ | Technology In Action 7e 2011 isbn 0135096693 | One time non exclusive US Extended english rights for print run 200,000 + accompanying electronic rights, with the right to distribute over 10% but no more than 30% of this US imprint abroad. |
| FAC Row: 60  Orig. Row: 6 | | 42-19131350  Feature- Sandwich Generation: One Year Later | Reg. Number: VA 2-042-485  Reg. Date: 12/30/2016 | Inv. No.: 1000090623  Inv. Date: 3/25/2010  Licensor: Corbis | Pearson/Allyn & Bacon | Social Gerontology 9e 2011 isbn 0205763138 | One time non exclusive North American english rights for print run 40,000 + accompanying electronic riahts included within print run.  license End Date: 3/25/2017 |
| FAC Row: 61  Orig. Row: 7 | | ZK001600  St. Mary's Day Celebration | Reg. Number: VA 2-042-439  Reg. Date: 12/30/2016 | Inv. No.: 1000106461  Inv. Date: 4/27/2010  Licensor: Corbis | Pearson Education / Prentice Hall NJ | | |
| FAC Row: 62  Orig. Row: 8 | | ZK001600  St. Mary's Day Celebration | Reg. Number: VA 2-042-439  Reg. Date: 12/30/2016 | Inv. No.: 1000106361  Inv. Date: 4/27/2010  Licensor: Corbis | Pearson Education / Prentice Hall NJ | Globalization and Diversity 3e 2011  isbn 0321651529 | One time non exclusive US Extended rights for print rin of 100,000 + accompanying electronic rights, with right to distribute over 10% but no more than 30% of this US imprint abroad.  LIcenee End Dale: 4/27/2017 |
| FAC Row: 63  Orig. Row: 9 | | ZK001466  Schoolchildren listening to audio books | Reg. Number: VA 2-042-425  Reg. Date: 12/30/2016 | Inv. No.: 1000109305  Inv. Date: 4/30/2010  Licensor: Corbis | Pearson Education | | |
| FAC Row: 64  Orig. Row: 10 | | ZK002132  Tattooed biker at Sturgis | Reg. Number: VA 1-194-719  Reg. Date: 4/1/2003 | Inv. No.: 1000115809  Inv. Date: 5/13/2010  Licensor: Corbis | Allyn & Bacon | Essentials of Sociology: A Down-to-Earth Approach, 9e  ISBN: 020576312x | US Extended English language rights for print run 150,000 with the right to distribute over 10% but no more than 30% of this US imprint abroad.  Print and Electronic use requested.  License End Date: 5/13/2020 |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 65 Orig. Row: 11 | | DWF15-783019 *Peru* | Reg. Number: VA 1-267-604 Reg. Date: 7/30/2004 | Inv. No.: 1000124040 Inv. Date: 5/28/2010 Licensor: Corbis | Dorling Kindersley | | |
| FAC Row: 66 Orig. Row: 12 | | DWF15-575185 *Life along Danube river* | Reg. Number: VA 2-042-424 Reg. Date: 12/21/2016 | Inv. No.: 1000139353 Inv. Date: 6/29/2010 Licensor: Corbis | Pearson Education - Scott Foresman | World Geography | 500,000; NA; 1 language; One time non exclusive North American english rights for print run 300,000 + accompanying electronic rights included within print run, with the right to distribute up t!o 10% abroad. |
| FAC Row: 67 Orig. Row: 13 | | ZK001466 *Schoolchildren listening to audio books* | Reg. Number: VA 2-042-425 Reg. Date: 12/30/2016 | Inv. No.: 1000166495 Inv. Date: 7/19/2010 Licensor: Corbis | Pearson Education | | |
| FAC Row: 68 Orig. Row: 14 | | ZK002046 *Serbian Refugee Family Sharing Food* | Reg. Number: VA 1-152-436 Reg. Date: 8/26/2002 | Inv. No.: 1000186051 Inv. Date: 7/22/2010 Licensor: Corbis | Allyn & Bacon | THINK Social Problems & Instructor's Resources & M ISBN : 0205733093 | US Extended English language rights for print run 100,000 with the right to distribute over 10% but nomore than 30% of this US imprint abroad. Print and electronic use requested (2 uses of image on invoice) |
| FAC Row: 69 Orig. Row: 15 | | 42-15140462 *Doctor Talking with Stroke Patient* | Reg. Number: VA 2-043-568 Reg. Date: 3/20/2017 | Inv. No.: 1000221067 Inv. Date: 7/30/2010 Licensor: Corbis | Dorling Kindersley | | |
| FAC Row: 70 Orig. Row: 16 | | 42-19131352 *Feature- Sandwich Generation: One Year Later* | Reg. Number: VA 2-042-485 Reg. Date: 12/30/2016 | Inv. No.: 1000392015 Inv. Date: 11/29/2010 Licensor: Corbis | Pearson Education - Scott Foresman | Magruder's American Gov't ©2011 SE ISBN: 0133173659 | 500,000 + accompanying electronic rights included within print run;  NA with right to distribute up to 10% abroad;1 language. |
| FAC Row: 71 Orig. Row: 17 | | 42-19289361 *USA- law enforcement - chicago police* | Reg. Number: VA 1-429-958 Reg. Date: 3/27/2008 | Inv. No.: 1000392015 Inv. Date: 11/29/2010 Licensor: Corbis | Pearson Education - Scott Foresman | Magruder's American Gov't ©2011 SE ISBN: 0133173659 | 500,000 + accompanying electronic rights included within print run;  NA with right to distribute up to 10% abroad;1 language. re-use |
| FAC Row: 72 Orig. Row: 18 | | ZK001216 *Migrant Workers in Strawberry Field* | Reg. Number: VA 2-042-442 Reg. Date: 12/30/2016 | Inv. No.: 1000410611 Inv. Date: 12/13/2010 Licensor: Corbis | Pearson Education - Scott Foresman | United States History 2012 | One time non exclusive North American textbook rights in 2 languages for print run 500,000 +accompanying electronic rights included within print run with the right to distribute up to 10% abroad. |

| | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|
| FAC Row: 73  Orig. Row: 87 | ZK002030  *SECURITY GUARDS PERFORMING TRAINING DRILL - SECURITY GUARDS AIM AT TARGETS WITH THEIR* | Reg. Number: VA 1-152-436  Reg. Date: 8/26/2002 | Inv. No.: 1000075075  Inv. Date: 1/1/2011  Licensor: Corbis | | Criminal Justice Today 11e 2011  0135074096 | 100,000 print + up to 2,000 ebook downloads. NA; One language  License expired 2/9/2017 |
| FAC Row: 74  Orig. Row: 95 | DWF15-770647  *ZULUS CHIEF INKHANYISO BIYELA HEADS THE 11 MAN TRIBAL COUNCIL OF ZULULAND IN OBHUKA,* | Reg. Number: VA 1-278-108  Reg. Date: 9/1/2004 | Inv. No.: 1000073056  Inv. Date: 1/1/2011  Licensor: Corbis | | Think Communication 1e 2011  0205766498 | One time non exclusive North American English rights for print run 17,000 + up to 2,000 ebook downloads |
| FAC Row: 75  Orig. Row: 19 | ZK002191  *Woman receiving assistance on medical coverage* | Reg. Number: VA 1-223-815  Reg. Date: 12/29/2003 | Inv. No.: 1000453435  Inv. Date: 1/14/2011  Licensor: Corbis | Allyn & Bacon | Social Work:A Profession of Many Faces, updated e isbn 0205034675 12e Morales | 100,000; World; 1 language |
| FAC Row: 76  Orig. Row: 21 | 42-16421932  *Kurdistan* | Reg. Number: VA 1-349-183  Reg. Date: 5/4/2006 | Inv. No.: 1000475305  Inv. Date: 1/31/2011  Licensor: Corbis | Pearson Education / Prentice Hall NJ | Cultural Anthropology 6e 2010  isbn 0205035183 | One time non eKclusive world english rights for print run 100,000 +accompanying electronic rights included within print run. Lrcense End Date: 1/31/2018 |
| FAC Row: 77  Orig. Row: 22 | DWF15-669772  *Syria* | Reg. Number: VA 1-262-647  Reg. Date: 6/30/2004 | Inv. No.: 1000475305  Inv. Date: 1/31/2011  Licensor: Corbis | Pearson Education / Prentice Hall NJ | Cultural Anthropology 6e 2010  isbn 0205035183 | One time non eKclusive world english rights for print run 100,000 +accompanying electronic rights included within print run. Lrcense End Date: 1/31/2018 |
| FAC Row: 78  Orig. Row: 23 | ZK002139  *motorcycle in car's side view mirror* | Reg. Number: VA 1-194-719  Reg. Date: 4/1/2003 | Inv. No.: 1000482676  Inv. Date: 2/8/2011  Licensor: Corbis | Addison Wesley / Longman Benjamin Cummings | | |
| FAC Row: 79  Orig. Row: 24 | ZK002139  *motorcycle in car's side view mirror* | Reg. Number: VA 1-194-719  Reg. Date: 4/1/2003 | Inv. No.: 1000486276  Inv. Date: 2/8/2011  Licensor: Corbis | Addison-Wesley Longman/Benjamin Cummings | College Physics + Instructors Resources + Media 9e Yaung-Geller (c) 2011 | World Eng, language rights for print run 200,000 + accompanying electronic rights Included within print run. |
| FAC Row: 80  Orig. Row: 25 | DWF15-916351  *America's uninsured* | Reg. Number: VA 1-288-586  Reg. Date: 11/22/2004 | Inv. No.: 1000496995  Inv. Date: 2/15/2011  Licensor: Corbis | Addison Wesley /Pearson Education | Psychology HS Version+ Instructor's Resource  ISBN 0205790283 | World English language rights for print run up to 100,000 +accompanying electronic rights. |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 81 Orig. Row: 26 | | ZK001447 *Worker holding pentium processor* | Reg. Number: VA 2-042-439 Reg. Date: 12/30/2016 | Inv. No.: 1000513075 Inv. Date: 2/24/2011 Licensor: Corbis | Dorling Kindersley | | |
| FAC Row: 82 Orig. Row: 27 | | ZK001621 *Macintosh team* | Reg. Number: VA 2-051-424 Reg. Date: 12/29/2016 | Inv. No.: 1000555887 Inv. Date: 3/25/2011 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Technology In Action 8e isbn 0131391577 | One time non exclusive world English riqhts for print run 500,000 +accompanying electronic rights included within print run. License End Date: 3/25/2018 |
| FAC Row: 83 Orig. Row: 29 | | ZK001177 *Aerial view of Oracle headquarters in Silicon Valley* | Reg. Number: VA 2-042-446 Reg. Date: 12/30/2016 | Inv. No.: 1000570483 Inv. Date: 4/6/2011 Licensor: Corbis | Addison-Wesley / Benjamin Cummings | Exploring the Urban Community: A GIS Approach + Instructor's Resources and Media 2e ISBN : 0321751590 | World English rights for print run 100,000 + accompanying electronic rights. |
| FAC Row: 84 Orig. Row: 30 | | ZK001975 *High school studens attending college campus* | Reg. Number: VA 1-199-164 Reg. Date: 9/25/2002 | Inv. No.: 1000583596 Inv. Date: 4/18/2011 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Essential Elements of Public Speaking 4e isbn 0205753696 | 100,000 + accompanying electronic rights included within print run; World; English. License expires 4/16/2018. |
| FAC Row: 85 Orig. Row: 31 | | DWF15-673505 *Refugee family from Fallujah* | Reg. Number: VA 1-260-519 Reg. Date: 6/8/2004 | Inv. No.: 1000586478 Inv. Date: 4/20/2011 Licensor: Corbis | Pearson Education | | |
| FAC Row: 86 Orig. Row: 32 | | DWF15-607640 *Pakistan* | Reg. Number: VA 2-042-423 Reg. Date: 12/21/2016 | Inv. No.: 1000594428 Inv. Date: 4/27/2011 Licensor: Corbis | Addison-Wesley / Benjamin Cummings | Diversity Amid Globalization +IR +Media 5e isbn 0321714482 (c) 2011 | World English rights for print run 200,000 + acoompanying electronic rights. |
| FAC Row: 87 Orig. Row: 33 | | ZK001600 *St. Mary's Day Celebration* | Reg. Number: VA 2-042-439 Reg. Date: 12/30/2016 | Inv. No.: 1000594428 Inv. Date: 4/27/2011 Licensor: Corbis | Addison-Wesley / Benjamin Cummings | Diversity Amid Globalization +IR +Media isbn 0321714483 (c) 2011 | World English rights for print run 200,000 + acoompanying electronic rights. |
| FAC Row: 88 Orig. Row: 34 | | DWF15-412163 *US Military Presence in Afghanistan* | Reg. Number: VA 2-042-418 Reg. Date: 1/5/2017 | Inv. No.: 1000596346 Inv. Date: 4/28/2011 Licensor: Corbis | Pearson Education - Scott Foresman | Civics (c) 2011 | Special rates (outside contract) apply to this project. Rights granted: NA English & Spanish, up to 10% World; 500,000 print run/end users for all media/delivery systems. |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 89  Orig. Row: 35 | | DWF15-412170  US Military Presence in Afghanistan | Reg. Number: VA 2-042-418  Reg. Date: 1/5/2017 | Inv. No.: 1000596346  Inv. Date: 4/28/2011  Licensor: Corbis | Pearson Education - Scott Foresman | Civics (c) 2011 | Special rates (outside contract) apply to this project. Rights granted: NA English & Spanish, up to 10% World; 500,000 print run/end users for all media/delivery systems. |
| FAC Row: 90  Orig. Row: 36 | | DWF15-929688  Accessible public space for the disabled | Reg. Number: VA 2-042-419  Reg. Date: 1/5/2017 | Inv. No.: 1000606052  Inv. Date: 5/6/2011  Licensor: Corbis | Pearson Education - Scott Foresman | Middle Grade Social Studies 2011 | One time non exclusive North American textbook rights in 2 languages (english and spanish) for print run 500,000 + accompanying electronic rights included within print run, with the right to distribute up to 10% abroad. |
| FAC Row: 91  Orig. Row: 37 | | ZK001807  Visiting a man in prison | Reg. Number: VA 2-042-420  Reg. Date: 12/30/2016 | Inv. No.: 1000620114  Inv. Date: 5/18/2011  Licensor: Corbis | Longman Publishers / Pearson Education | Guide to College Reading/ 9  ISBN : 0205823246 | North American, English language rights for one edition, print run up to 100,000, distribution allowing 10% world and 5% ebook |
| FAC Row: 92  Orig. Row: 38 | | DWF15-873969  Agip Flow Station on Nembe Creek, Niger Delta | Reg. Number: VA 1-288-585  Reg. Date: 11/8/2004 | Inv. No.: 1000515194  Inv. Date: 5/25/2011  Licensor: Corbis | Pearson Education | | |
| FAC Row: 93  Orig. Row: 39 | | ZK001265  Ataturk Dam | Reg. Number: VA 2-043-261  Reg. Date: 3/20/2017 | Inv. No.: 1000515195  Inv. Date: 5/25/2011  Licensor: Corbis | Pearson Education | | |
| FAC Row: 94  Orig. Row: 40 | | 42-15448039  Spycam Surveillance in Chicago | Reg. Number: VA 1-318-690  Reg. Date: 8/22/2005 | Inv. No.: 1000632401  Inv. Date: 5/27/2011  Licensor: Corbis | Pearson Education / Prentice Hall NJ | Law Enforcement in the 21st Century 3e  isbn 0135110262 | One time non exclusive world english rights for print run of 100,000 + accompanying electronic rights included within print run.  License End Date: 5/27/2018 |
| FAC Row: 95  Orig. Row: 41 | | ZK002008  Muslim Family Eating at the Dinner Table | Reg. Number: VA 1-199-164  Reg. Date: 9/25/2002 | Inv. No.: 1000635692  Inv. Date: 5/31/2011  Licensor: Corbis | Pearson Education Ltd | | |
| FAC Row: 96  Orig. Row: 42 | | 42-16169067  USA - Hurricane Katrina - Clean Up | Reg. Number: VA 2-042-479  Reg. Date: 12/30/2016 | Inv. No.: 1000635949  Inv. Date: 5/31/2011  Licensor: Corbis | Pearson Education / Prentice Hall NJ | Emergency Medical Responder 9e  isbn 0135125707 | 250,000; print and electronic; World, English.  License End Date: 5/31/2018 |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 97 Orig. Row: 43 | | ZK001410 *Quadriplegic Drawing* | Reg. Number: VA 2-051-263 Reg. Date: 12/30/2016 | Inv. No.: 1000644137 Inv. Date: 6/7/2011 Licensor: Corbis | Longman Publishers / Pearson Education | Reading for Life 1e Author: Fennessy- KIndersly ISBN: 0205632947 | US Extended English language rights for one edition, print & electronic, 100,000. |
| FAC Row: 98 Orig. Row: 44 | | DWF15-916320 *America's uninsured* | Reg. Number: VA 1-288-586 Reg. Date: 11/22/2004 | Inv. No.: 1000644138 Inv. Date: 6/7/2011 Licensor: Corbis | Longman Publishers / Pearson Education | Government in America 15e ISBN : 0205806376 | 100,000 print and electronic; NA; English |
| FAC Row: 99 Orig. Row: 45 | | ZK001187 *Kurdish street gang* | Reg. Number: VA 2-042-436 Reg. Date: 12/30/2016 | Inv. No.: 1000668689 Inv. Date: 6/27/2011 Licensor: Corbis | Pearson Education / Prentice Hall NJ | | |
| FAC Row: 100 Orig. Row: 46 | | DWF15-770647 *Zulus* | Reg. Number: VA 1-278-108 Reg. Date: 9/1/2004 | Inv. No.: 1000670337 Inv. Date: 6/28/2011 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Think Communication 2e isbn 020511038x | One time non exclusive world english rights for print run 100,000 +accompanying electronic rights included within print run. License End Date: 6/28/2018 |
| FAC Row: 101 Orig. Row: 47 | | 42-16724206 *USA- Business Atari Founder Nolan Bushnell* | Reg. Number: VA 1-371-165 Reg. Date: 8/28/2006 | Inv. No.: 1000672104 Inv. Date: 6/29/2011 Licensor: Corbis | Pearson | | |
| FAC Row: 102 Orig. Row: 48 | | ZK002030 *Security guards perfoming training drill* | Reg. Number: VA 1-152-436 Reg. Date: 8/26/2002 | Inv. No.: 1000674050 Inv. Date: 6/30/2011 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Criminal Justice Today 12e ISBN: 0132739 | 200,000; World; English; includes accompanying electronic rights within print run. License End Date: 6/30/2018 |
| FAC Row: 103 Orig. Row: 49 | | ZK001187 *Kurdish street gang* | Reg. Number: VA 2-042-436 Reg. Date: 12/30/2016 | Inv. No.: 1000707778 Inv. Date: 7/31/2011 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Criminal Justice 2e isbn 013512008x | One time non exclusive North American English rights for print run 40,000. License End Date: 7/29/2018 |
| FAC Row: 104 Orig. Row: 50 | | DWF15-929688 *Accessible public space for the disabled* | Reg. Number: VA 2-042-419 Reg. Date: 1/5/2017 | Inv. No.: 1000718412 Inv. Date: 8/10/2011 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Biology Science for Life w Physiology 3e isbn 0321559584 | Update to invoice 9014153 to the following: One time non exclusive world english rights for print run 100,000 + accompanying electronic rights included within print run. License End Date: 8/10/2018 |

| | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|
| FAC Row: 105 Orig. Row: 51 | 42-15114520 *Melissa Stockwell wounded veteran from Iraq* | Reg. Number: VA 2-042-533 Reg. Date: 1/17/2017 | Inv. No.: 1000718565 Inv. Date: 8/10/2011 Licensor: Corbis | Addison Wesley / Pearson Education | Death, Society & Human Experience Kastenbaum 11 e isbn 0205001084 | One-time non-exclusive World English language rights for print & electronic use, print run 100,000. |
| FAC Row: 106 Orig. Row: 52 | 42-16794694 *USA- Atlanta housing-connecting life and* | Reg. Number: VA 1-378-558 Reg. Date: 8/29/2006 | Inv. No.: 1000719907 Inv. Date: 8/11/2011 Licensor: Corbis | Longman Publishers / Pearson Education | Govt by the People, Ntl, State+ Local Ed, 11ed ISBN: 0205828434 | World English lanquaqe print & electronic riqhts for one edition print run up to 100,000 |
| FAC Row: 107 Orig. Row: 53 | 42-15448039 *Spycam Surveillance in Chicago* | Reg. Number: VA 1-318-690 Reg. Date: 8/22/2005 | Inv. No.: 1000729487 Inv. Date: 8/19/2011 Licensor: Corbis | Pearson Education Canada | Human Geography, 4th Canadian Edition | 100,000, World, English and French languages, includes electronic use. |
| FAC Row: 108 Orig. Row: 54 | 42-19768630 *USA - Private Prisons - Corrections Corporation* | Reg. Number: VA 1-656-054 Reg. Date: 5/29/2008 | Inv. No.: 1000730333 Inv. Date: 8/22/2011 Licensor: Corbis | Longman Publishers / Pearson Education | Corrections in America: An Intra 13e 9780132726771 | 100,000; World English language rights print & electronic use. |
| FAC Row: 109 Orig. Row: 55 | 42-16421932 *Kurdistan* | Reg. Number: VA 1-349-183 Reg. Date: 5/4/2006 | Inv. No.: 1000740297 Inv. Date: 8/30/2011 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Cultural Anthropology in a Globalizing World 2e ISBN 0205776981 | License updates invoices 1000080916 and 100537868 to the following: non-exclusive world english rights for an additional qty of 60,000, for a total qty. of 100,0000 for all print and non-print media. License end date: 8/30/2018 |
| FAC Row: 110 Orig. Row: 56 | DWF15-669773 *Syria* | Reg. Number: VA 1-262-647 Reg. Date: 6/30/2004 | Inv. No.: 1000740297 Inv. Date: 8/30/2011 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Cultural Anthropology in a Globalizing World 2e ISBN 0205776981 | License updates invoices 1000080916 and 100537868 to the following: non-exclusive world english rights for an additional qty of 60,000, for a total qty. of 100,0000 for all print and non-print media. License end date: 8/30/2018 |
| FAC Row: 111 Orig. Row: 57 | 42-19768555 *USA-Private Prisons-Corrections Corporation* | Reg. Number: VA 1-656-054 Reg. Date: 5/29/2008 | Inv. No.: 1000740299 Inv. Date: 8/30/2011 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Corrections in America 12e | This license updates invoice 1000058647, 1000058648, and 100019931210 the following: non-exclusive world english rights for a total quantity of 100,000, for all print and non-print media including all versions, ancillaries and derivatives in whole or in part, included within total prin run. (2 uses of image on invoice) |
| FAC Row: 112 Orig. Row: 58 | 42-19768630 *USA - Private Prisons - Corrections Corporation* | Reg. Number: VA 1-656-054 Reg. Date: 5/29/2008 | Inv. No.: 1000740299 Inv. Date: 8/30/2011 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Corrections in America 12e | This license updates invoice 1000058647, 1000058648, and 100019931210 the following: non-exclusive world english rights for a total quantity of 100,000, for all print and non-print media including all versions, ancillaries and derivatives in whole or in part, included within total prin run. |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 113  Orig. Row: 59 | | ZK002112  *Fundamentalist Demonstrators Holding Signs* | Reg. Number: VA 1-194-719  Reg. Date: 4/1/2003 | Inv. No.: 1000740340  Inv. Date: 8/30/2011  Licensor: Corbis | Longman Publishers / Pearson Education | Politics in America, TX Ed 9e  ISBN: 0205840388 | 100,00 includes print and electronic; NA; English. |
| FAC Row: 114  Orig. Row: 60 | | DWF15-783019  *Peru* | Reg. Number: VA 1-267-604  Reg. Date: 7/30/2004 | Inv. No.: 1000742011  Inv. Date: 8/30/2011  Licensor: Corbis | Dorling Kindersley | | |
| FAC Row: 115  Orig. Row: 61 | | DWF15-881606  *Shell Fishing in Peru* | Reg. Number: VA 1-281-905  Reg. Date: 9/21/2004 | Inv. No.: 1000777626  Inv. Date: 9/30/2011  Licensor: Corbis | Dorling Kindersley | | |
| FAC Row: 116  Orig. Row: 62 | | ZK002121  *Students practicing traditional tribal dances* | Reg. Number: VA 1-194-719  Reg. Date: 4/1/2003 | Inv. No.: 1000809888  Inv. Date: 10/27/2011  Licensor: Corbis | Pearson Education / Prentice Hall NJ | Cultural Anthropology 2e  ISBN: 0205685099 | This license updates invoice 1000058069 and 1000058633 to the following: non-exclusive world english rights for a total quantity of 100,000, for all print and non-print media, including all versions, ancillaries, and derivatives. |
| FAC Row: 117  Orig. Row: 63 | | DWF15-783019  *Peru* | Reg. Number: VA 1-267-604  Reg. Date: 7/30/2004 | Inv. No.: 1000814199  Inv. Date: 10/31/2011  Licensor: Corbis | Dorling Kindersley | | |
| FAC Row: 118  Orig. Row: 64 | | DWF15-916277  *America's uninsured* | Reg. Number: VA 1-288-586  Reg. Date: 11/22/2004 | Inv. No.: 1000894741  Inv. Date: 1/10/2012  Licensor: Corbis | Pearson Education Canada | | |
| FAC Row: 119  Orig. Row: 65 | | ZK001447  *Worker holding pentium processor* | Reg. Number: VA 2-042-439  Reg. Date: 12/30/2016 | Inv. No.: 1000917814  Inv. Date: 1/31/2012  Licensor: Corbis | Dorling Kindersley | | |
| FAC Row: 120  Orig. Row: 66 | | DWF15-474050  *Logging on the Hoopa Valley Indian Reservation* | Reg. Number: VA 2-042-418  Reg. Date: 1/5/2017 | Inv. No.: 1000938220  Inv. Date: 2/17/2012  Licensor: Corbis | Pearson Education - Scott Foresman | History Social Science: PR5 3425 | Up to 1M print/end user quantity, US distribution, English and Spanish languages, accompanying electronic rights within print quantity/end user limit, including use on mobile devices (such as Kindle, iPad, etc.), multi, derivative, and ancillary uses, and minor revisions up to 25% for a term of ten years. |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 121  Orig. Row: 67 | | DWF15-570924  *Port security in the US* | Reg. Number: VA 2-042-419  Reg. Date: 1/5/2017 | Inv. No.: 1000938220  Inv. Date: 2/17/2012  Licensor: Corbis | Pearson Education - Scott Foresman | History Social Science: PR5 3425 | Up to 1M print/end user quantity, US distribution, English and Spanish languages, accompanying electronic rights within print quantity/end user limit, including use on mobile devices (such as Kindle, iPad, etc.), multi, derivative, and ancillary uses, and minor revisions up to 25% for a term of ten years. |
| FAC Row: 122  Orig. Row: 68 | | ZK001177  *Aerial view of Oracle headquarters in Silicon Valley* | Reg. Number: VA 2-042-446  Reg. Date: 12/30/2016 | Inv. No.: 1000938220  Inv. Date: 2/17/2012  Licensor: Corbis | Pearson Education - Scott Foresman | History Social Science: PR5 3425 | Up to 1M print/end user quantity, US distribution, English and Spanish languages, accompanying electronic rights within print quantity/end user limit, including use on mobile devices (such as Kindle, iPad, etc.), multi, derivative, and ancillary uses, and minor revisions up to 25% for a term of ten years. |
| FAC Row: 123  Orig. Row: 69 | | ZK001466  *Schoolchildren listening to audio books* | Reg. Number: VA 2-042-425  Reg. Date: 12/30/2016 | Inv. No.: 1000942443  Inv. Date: 2/22/2012  Licensor: Corbis | Pearson Education / Prentice Hall NJ | Teaching and Learning with Technology 4a 2011 isbn 0138007969 | Updates invoice 1000068437 to the following: additional 60,000 for a total print and non-print quantity of 100,000; World; English. |
| FAC Row: 124  Orig. Row: 70 | | 42-16724206  *USA- Business Atari Founder Nolan Bushnell* | Reg. Number: VA 1-371-165  Reg. Date: 8/28/2006 | Inv. No.: 1000944351  Inv. Date: 2/23/2012  Licensor: Corbis | Pearson Education | | |
| FAC Row: 125  Orig. Row: 71 | | ZK001187  *Kurdish street gang* | Reg. Number: VA 2-042-436  Reg. Date: 12/30/2016 | Inv. No.: 1000961830  Inv. Date: 3/9/2012  Licensor: Corbis | Pearson Education / Prentice Hall NJ | | |
| FAC Row: 126  Orig. Row: 73 | | DWF15-873945  *Urohobos bake tapioca in the heat of a shell* | Reg. Number: VA 1-288-585  Reg. Date: 11/8/2004 | Inv. No.: 1001008338  Inv. Date: 4/18/2012  Licensor: Corbis | Pearson Education / Prentice Hall NJ | World Regions in a Global Context 4e ISBN: 03211351855 | License updates Invoice 1000057547 to the following: Non-exclusive world english rights for a total quantity of 100,000 print and non-print media including all versions, ancillaries, and derivatives. |
| FAC Row: 127  Orig. Row: 74 | | ZK001621  *Macintosh team* | Reg. Number: VA 2-051-424  Reg. Date: 12/29/2016 | Inv. No.: 1001031455  Inv. Date: 5/8/2012  Licensor: Corbis | Pearson Education / Prentice Hall NJ | Technology In Action Complete 7/e | This license updates invoice 1000087476  250,000 print run including all print and non-print media, ancillaries and derivatives within total print run. World; English. |
| FAC Row: 128  Orig. Row: 75 | | 42-17916356  *Feature: Niger Delta- the curse of black gold* | Reg. Number: VA 1-637-058  Reg. Date: 10/29/2007 | Inv. No.: 1001034172  Inv. Date: 5/9/2012  Licensor: Corbis | Pearson Education Australia PTY Lim. | | |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 129 Orig. Row: 76 | | DWF15-873892 *Workers clean oil spill* | Reg. Number: VA 1-288-585 Reg. Date: 11/8/2004 | Inv. No.: 1001034172 Inv. Date: 5/9/2012 Licensor: Corbis | Pearson Education Australia PTY Lim. | | |
| FAC Row: 130 Orig. Row: 77 | | 42-17014377 *USA-Education IBM Mary McDowell Center* | Reg. Number: VA 1-378-558 Reg. Date: 8/29/2006 | Inv. No.: 1001072992 Inv. Date: 6/14/2012 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Contemporary Perspectives for School Professionals | Non-exclusive world english rights for a total quantity of 100,000, for all print and non-print media including all versions, ancillaries and derivatives in whole or in part, included within total print run. |
| FAC Row: 131 Orig. Row: | | 42-17014377 *USA- EDUCATION-IBM- MARY MCDOWELL CENTER FOR LEARNING TEACHER GINNY O'HARE (L) AND VICKI HANSON,* | Reg. Number: VA 1-378-558 Reg. Date: 8/29/2006 | Inv. No.: 1001072992 Inv. Date: 6/14/2012 Licensor: Corbis | Prentice Hall | Special Education: Contemporary Perspectives for School Professionals 3e 2011 0137033273 | 100,000; World; English; includes print and non-print media (eBook) included in print run.  License expires 6/14/2022 |
| FAC Row: 132 Orig. Row: 78 | | ZK002030 *Security guards perfoming training drill* | Reg. Number: VA 1-152-436 Reg. Date: 8/26/2002 | Inv. No.: 1001081184 Inv. Date: 6/21/2012 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Criminal Justice: A Brief Introduction, 10e Schmal ISBN:9780133009798 | Non-exclusive world english rights for a total quantity of 250,000, for all print and non-print media including all versions, ancill aries and derivatives in whole or in part, included within total print run. |
| FAC Row: 133 Orig. Row: 79 | | ZK001621 *Macintosh team* | Reg. Number: VA 2-051-424 Reg. Date: 12/29/2016 | Inv. No.: 1001087695 Inv. Date: 6/27/2012 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Technology in Action Complete 9 | 200,000, including all print and non-print media, including all versions, ancillaries and derivatives; World; All languages. |
| FAC Row: 134 Orig. Row: 80 | | ZK001975 *High school studens attending college campus* | Reg. Number: VA 1-199-164 Reg. Date: 9/25/2002 | Inv. No.: 1001108034 Inv. Date: 7/17/2012 Licensor: Corbis | Pearson Learning Solutions | Public Speaking for Success | 10,000; North American English Language print rights for one (1) edition, distribution allowing 10% worldwide and 5% ebook |
| FAC Row: 135 Orig. Row: 81 | | 42-19131350 *Feature- Sandwich Generation: One Year Later* | Reg. Number: VA 2-042-485 Reg. Date: 12/30/2016 | Inv. No.: 1001112481 Inv. Date: 7/20/2012 Licensor: Corbis | Allyn & Bacon | | |
| FAC Row: 136 Orig. Row: 82 | | ZK001974 *Family attending UC Berkeley Campus Tour* | Reg. Number: VA 1-199-164 Reg. Date: 9/25/2002 | Inv. No.: 1001182934 Inv. Date: 9/24/2012 Licensor: Corbis | Pearson Learning Solutions | Leadership Education Ill- life | North American English Language print rights for one (1) edition, up to 100,000 copies, distribution allowing 10% worldwide and 5% ebook if applicable. |

| | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|
| FAC Row: 137 Orig. Row: 83 | 42-16421932 Kurdistan | Reg. Number: VA 1-349-183 Reg. Date: 5/4/2006 | Inv. No.: 1001205288 Inv. Date: 10/12/2012 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Cultural Anthropology 7e by Miller 9780205260010 | Non-exclusive world english rights for a total quantity of 100,000, for all print and non-print media including all versions, ancillaries and derivatives in whole or in part, included within total print run. |
| FAC Row: 138 Orig. Row: 84 | DWF15-669772 Syria | Reg. Number: VA 1-262-647 Reg. Date: 6/30/2004 | Inv. No.: 1001205288 Inv. Date: 10/12/2012 Licensor: Corbis | Pearson Education / Prentice Hall NJ | Cultural Anthropology 7e by Miller | Non-exclusive world english rights for a total quantity of 100,000, for all print and non-print media including all versions, ancillaries and derivatives in whole or in part, included within total print run. |
| FAC Row: 139 Orig. Row: 85 | ZK001600 St. Mary's Day Celebration | Reg. Number: VA 2-042-439 Reg. Date: 12/30/2016 | Inv. No.: 1001208636 Inv. Date: 10/16/2012 Licensor: Corbis | Addison-Wesley / Benjamin Cummings | Globalization and Diversity 4e by Roundtree, Lewis | 100,000; World; all languages. Print run incldes all print and non-print media including all versions, ancillaries and derivatives. |
| FAC Row: 140 Orig. Row: 86 | DWF15-549115 Middle Eastern Water | Reg. Number: VA 2-042-422 Reg. Date: 12/31/2016 | Inv. No.: 1001225632 Inv. Date: 10/31/2012 Licensor: Corbis | Dorling Kindersley | | |
| FAC Row: 141 Orig. Row: 87 | ZK001505 Bill Gates | Reg. Number: VA 2-042-472 Reg. Date: 12/30/2016 | Inv. No.: 1001245214 Inv. Date: 11/19/2012 Licensor: Corbis | Pearson Education | | |