# Exhibit 2

to *Kashi v. Pearson Education, Inc.* No. 17-cv-10240-JLL-SCM
First Amended Complaint

| FAC Row / Orig. Row | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 1<br>Orig. Row: 12 | | 6665700005<br><br>MCDONALD'S SIGN FOR HALAL MCNUGGETS. A SIGN ADVERTISES HALAL MCNUGGETS AT A MCDONALD'S IN | Reg. Number:<br><br>Reg. Date:<br>3/20/2017 | Inv. No.:<br>20474<br>Inv. Date:<br>3/1/2004<br>Licensor:<br>Aurora & Quanta Productions, Inc. | Pearson Education IRC | World Regional Geography: A Development Approach 8e 2004<br>013101532X | 40,000; NA; English print on paper rights.<br>no digital rights granted. |
| FAC Row: 2<br>Orig. Row: 1 | | 6741200023 | Reg. Number:<br>VA 2-043-527<br>Reg. Date:<br>3/20/2017 | Inv. No.:<br>22032<br>Inv. Date:<br>10/21/2004<br>Licensor:<br>IPN/ auroraphotos.com | Pearson Education, IRC | World Regions in Global Context 2/e by Marston/Knox/Liverman.<br>ISBN: 0131449753 | 40,000; NA; English Textbook<br>D-Kashi 821, 9086 |
| FAC Row: 3<br>Orig. Row: 2 | | 6634000032 | Reg. Number:<br>VA 2-051-423<br>Reg. Date:<br>3/23/2017 | Inv. No.:<br>22082<br>Inv. Date:<br>10/26/2004<br>Licensor:<br>IPN / Aurora | Pearson Education, IRC | Environment: The Science Behind the Stories 1/e by Brennan/Withgott<br>ISBN 080534425X | 40,000; 1/4 page; NA; English |
| FAC Row: 4<br>Orig. Row: 3 | | 6634000032 | Reg. Number:<br>VA 2-051-423<br>Reg. Date:<br>3/23/2017 | Inv. No.:<br>22082<br>Inv. Date:<br>10/26/2004<br>Licensor:<br>IPN / Aurora | Pearson Education, IRC | Environment: The Science Behind the Stories 1/e by Brennan/Withgott<br>ISBN 0805344322 | 5,000 CD-Roms; NA; English<br>CD-Rom version of text |
| FAC Row: 5<br>Orig. Row: 5 | | 6634000032<br><br>El Kharga Oasis ... New Village on land reclaimed by Development project in W.Desert | Reg. Number:<br>VA 2-051-423<br>Reg. Date:<br>3/23/2017 | Inv. No.:<br>26451<br>Inv. Date:<br>4/6/2005<br>Licensor:<br>IPN | Pearson Education, IRC | Environment: The Science Behind the Stories 1/e by Brennan/Withgott IRCD-ROM 0805344829 | 1,000 CD-Roms, NA, English |
| FAC Row: 6<br>Orig. Row: 7 | | 6611900003<br><br>Women's Organization Meeting In The Northern Ar/DWF15-518848 | Reg. Number:<br>VA 2-043-483<br>Reg. Date:<br>3/20/2017 | Inv. No.:<br>28276<br>Inv. Date:<br>10/27/2005<br>Licensor:<br>IPN | Longman Publishers / Pearson Education | International Relations, 7/e by Goldstein | Up to 40,000, incuiding E-book version up to 2,000 run; NA; English.<br>1/4 page on page inside on page 480. |
| FAC Row: 7<br>Orig. Row: 8 | | 6611900003<br><br>Women's Organization Meeting In The Northern Ar/DWF15-518848 | Reg. Number:<br>VA 2-043-483<br>Reg. Date:<br>3/20/2017 | Inv. No.:<br>28277<br>Inv. Date:<br>10/27/2005<br>Licensor:<br>IPN | Longman Publishers / Pearson Education | International Relations, 3/e Brief by Goldstein | Up to 40,000, incuiding E-book version up to 2,000 run; NA; English.<br>1/4 page on page inside on page 312. |
| FAC Row: 8<br>Orig. Row: 6 | | 6611900003<br><br>Women's Organization Meeting In The Northern Ar/DWF15-518848 | Reg. Number:<br>VA 2-043-483<br>Reg. Date:<br>3/20/2017 | Inv. No.:<br>28276<br>Inv. Date:<br>10/27/2005<br>Licensor:<br>IPN | Longman Publishers / Pearson Education | International Relations, 7/e by Goldstein | Up to 40,000, incuiding E-book version up to 2,000 run; NA; English.<br>1/4 page on page inside on page 312. |

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 9  Orig. Row: 23 | | 6612100022  *KUWAITI ENGINEERS WALKING ALONG DESALINATION PLANT TAKE-UP PIPES BY THE GULF.* | Reg. Number:  Reg. Date: 3/20/2017 | Inv. No.: 28311  Inv. Date: 11/22/2005  Licensor: Aurora Photos | Pearson Education IRC | Longman Science 1e 2006 0131930303 | 40,000; English; NA |
| FAC Row: 10  Orig. Row: 9 | | 6611900003  *Women's Organization Meeting In The Northern Ar/DWF15-518848* | Reg. Number: VA 2-043-483  Reg. Date: 3/20/2017 | Inv. No.: -20051202135406  Inv. Date: 12/2/2005  Licensor: IPN | Longman Publishers / Pearson Education | International Relations, 3/e Brief by Goldstein | 1,000 CD-Roms; NA; English. E-book rights up to 2 years, students have password access for up to 6 months. |
| FAC Row: 11  Orig. Row: 10 | | 6890200116 | Reg. Number: VA 2-049-266  Reg. Date: 3/23/2017 | Inv. No.: -20060222113036  Inv. Date: 2/22/2006  Licensor: IPN | Allyn & Bacon Publishing / Pearson Education | Social Work Practice: A Generalist Approach, 9/e | 20,000; NA; English |
| FAC Row: 12  Orig. Row: 11 | | 7062400017  *Students Wearing Traditional Tribal Oufts 1001530009/ZK002127* | Reg. Number: VA 2-043-518  Reg. Date: 3/20/2017 | Inv. No.: -20060413164540  Inv. Date: 4/13/2006  Licensor: IPN | Allyn & Bacon/Pearson Education | LifeSpan 4/e by Laura Berk | 100,000; Wd, English; Includes 2000 E-book subscriptions |
| FAC Row: 13  Orig. Row: 36 | | 6665700005  *MCDONALD'S SIGN FOR HALAL MCNUGGETS. A SIGN ADVERTISES HALAL MCNUGGETS AT A MCDONALD'S IN* | Reg. Number:  Reg. Date: 3/20/2017 | Inv. No.: 101465  Inv. Date: 6/21/2006  Licensor: Aurora Photos, Inc. | Pearson Education IRC | World Regional Geography 9e 2007 0131497030 | 40,000; NA; English |
| FAC Row: 14  Orig. Row: 12 | | 6612100022 | Reg. Number: VA 2-043-261  Reg. Date: 3/20/2017 | Inv. No.: -20060906150716  Inv. Date: 9/6/2006  Licensor: IPN | Pearson Education, IRC/Benjamin Cummings | Environment: The Science Behind the Stories 2/e by Brennan/Withgott 0805344675 | Print, English, NA, 100,000 |
| FAC Row: 15  Orig. Row: 13 | | 6634000032 | Reg. Number: VA 2-051-423  Reg. Date: 3/23/2017 | Inv. No.: -20060906150716  Inv. Date: 9/6/2006  Licensor: IPN | Pearson Education, IRC/Benjamin Cummings | Environment: The Science Behind the Stories 2/e by Brennan/Withgott | Print, English, NA, 100,000 |
| FAC Row: 16  Orig. Row: 14 | | 6634000032 | Reg. Number: VA 2-051-423  Reg. Date: 3/23/2017 | Inv. No.: -20060906150716  Inv. Date: 9/6/2006  Licensor: IPN | Pearson Education, IRC/Benjamin Cummings | Environment: The Science Behind the Stories 2/e by Brennan/Withgott | Print, English, NA, 100,000 |

| | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|
| FAC Row: 17<br>Orig. Row: 17 | 7062400017<br><br>*Students Wearing Traditional Tribal Oufts 1001530009/ZK002127*<br><br>LAC02046_00033f22x | Reg. Number:<br>VA 2-043-518<br>Reg. Date:<br>3/20/2017 | Inv. No.:<br>-20061211135413<br>Inv. Date:<br>12/11/2006<br>Licensor:<br>IPN | Allyn & Bacon/Pearson Education | Exploring Lifespan Development by Laura Berk<br>0205522688 | 100,000; Wd |
| FAC Row: 18<br>Orig. Row: 18 | 6634000032 | Reg. Number:<br>VA 2-051-423<br>Reg. Date:<br>3/23/2017 | Inv. No.:<br>-20071221090818<br>Inv. Date:<br>12/21/2007<br>Licensor:<br>IPN/Aurora | Pearson Custom Publishing | Course Connect: Environmental, 1/e | 30,000; NA; English; electronic (online)<br>D-KASH 1-00000827 |
| FAC Row: 19<br>Orig. Row: 86 | 6665700005<br><br>*MCDONALD'S SIGN FOR HALAL MCNUGGETS. A SIGN ADVERTISES HALAL MCNUGGETS AT A MCDONALD'S IN* | Reg. Number:<br><br>Reg. Date:<br>3/20/2017 | Inv. No.:<br>107583<br>Inv. Date:<br>06/04/2009<br>Licensor:<br>Aurora Photos (IPN) | Pearson Education IRC | World Regional Geography 10e 2010<br> 032159004X | 40,000; NA; English<br>Includes Instructors Resources and Media (print w/electronic) by Clawson. Electronic rights included.<br><br>D-KASHI-00010151 |
| FAC Row: 20<br>Orig. Row: | 8404700008<br><br>*Kirkuk, Iraq. KIR04011_1204* | Reg. Number:<br>VA 1-637-058<br>Reg. Date:<br>10/29/2007 | Inv. No.:<br>107583<br>Inv. Date:<br>06/04/2009<br>Licensor:<br>Aurora Photos (IPN) | Pearson Education IRC | World Regional Geography 10e 2010<br> 032159004X | 40,000; NA; English<br>Includes Instructors Resources and Media (print w/electronic) by Clawson. Electronic rights included.<br><br>D-KASHI-00010151 |
| FAC Row: 21<br>Orig. Row: | 7382100042<br><br>*Israel Security Fence. 2003. SR03030_00071f08x* | Reg. Number:<br><br>Reg. Date: | Inv. No.:<br>107583<br>Inv. Date:<br>06/04/2009<br>Licensor:<br>Aurora Photos (IPN) | Pearson Education IRC | World Regional Geography 10e 2010<br> 032159004X | 40,000; NA; English<br>Includes Instructors Resources and Media (print w/electronic) by Clawson. Electronic rights included.<br><br>D-KASHI-00010151 |
| FAC Row: 22<br>Orig. Row: 91 | 6612100022<br><br>*KUWAITI ENGINEERS WALKING ALONG DESALINATION PLANT TAKE-UP PIPES BY THE GULF.* | Reg. Number:<br><br>Reg. Date:<br>3/20/2017 | Inv. No.:<br>108449<br>Inv. Date:<br>10/29/2009<br>Licensor:<br>Aurora Photos, Inc. | Pearson Education | My World Geography Survey 1e 2011<br>0133691624 | 500,000; US; English & Spanish.<br>Electronic Circulation: Password Protected Website and/or Server.<br>Term: 10 years. |