# Exhibit 3

to *Kashi v. Pearson Education, Inc.* No. 17-cv-10240-JLL-SCM
First Amended Complaint

| | | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: **1** <br><br> Orig. Row: **20** | | 01-04c/AAAYPAA0 <br><br> *Receiving a gestural sequence of commands. Here the sign for "pers…* | Reg. Number: <br> VA 2-043-445 <br> Reg. Date: <br> 3/20/2017 | Inv. No.: <br> 4840 <br> Inv. Date: <br> 1/28/2011 <br> Licensor: <br> VII | Pearson Education | Invitation to Psychology + Instructor's Resources, 5th Edition <br> ISBN 0205035191 | 200,000 including print and electronic use; World; English |
| FAC Row: **2** <br><br> Orig. Row: **28** | | 6665700005 <br><br> *Muslims in America - A Sign advertises halal McNuggets at a McDonald's in Dearborn, Mic…* | Reg. Number: <br> VA 2-043-518 <br> Reg. Date: <br> 3/20/2017 | Inv. No.: <br> 4980 <br> Inv. Date: <br> 3/31/2011 <br> Licensor: <br> VII | Pearson Education | THINK World Religions + Instructor's Resources and Media <br> ISBN 0205773621 | 100,000 including print and electronic; World; English |