# Exhibit 4

to *Kashi v. Pearson Education, Inc.* No. 17-cv-10240-JLL-SCM
First Amended Complaint

|  |  | Image ID / Description | Registration Information | Invoice | Imprint | Publication | Original License Limits |
|---|---|---|---|---|---|---|---|
| FAC Row: 1 Orig. Row: | | DOL88207_00001f1 | Reg. Number: VA 2-043-445 Reg. Date: 3/20/2017 | Inv. No.: 2110 Inv. Date: 1/18/2000 Licensor: Kashi | Pearson/ Prentice Hall | Psychology by Wade, Tavris, 6e, ©2000 - 0321049314 | 40,000; NA; 1/8 page |
| FAC Row: 2 Orig. Row: 5 | | WAT92037_00590f0 | Reg. Number: VA 2-043-261 Reg. Date: 3/20/2017 | Inv. No.: 2544 Inv. Date: 12/17/2001 Licensor: Kashi | Prentice Hall | Prentice Hall World Geography - Building a Global Perspective by Baerwald, Fraser, ©2003 - 0130535931 | 200,000; US with 5% Canadian distrinution; English. |
| FAC Row: 3 Orig. Row: 5 | | ZK001265 *Ataturk Dam* | Reg. Number: VA 2-043-261 Reg. Date: 3/20/2017 | Inv. No.: 2544 Inv. Date: 12/17/2001 Licensor: Kashi | Prentice Hall | Prentice Hall World Geography 2003 | 200,000; US with 5% Canadian distrinution; English. |
| FAC Row: 4 Orig. Row: 3 | | DOL88207_00001f1 | Reg. Number: VA 2-043-445 Reg. Date: 3/20/2017 | Inv. No.: 2717 Inv. Date: 10/08/2002 Licensor: Kashi | Pearson IRC | Psychology by Wade, Tavris, 7e, ©2003 - 0130982636 | 40,000; English |
| FAC Row: 5 Orig. Row: 7 | | DOL88207_00001f1 | Reg. Number: VA 2-043-445 Reg. Date: 3/20/2017 | Inv. No.: 2003 Inv. Date: 6/22/2004 Licensor: Kashi | Pearson IRC | Invitation to Psychology by Wade & Tavris, 3/e, ©2005 0131146246 | 40,000; NA; One Language D-KASHI-00009136 |
| FAC Row: 6 Orig. Row: | | WAT92037_00587f3 *Turkey: Ariel of Atahurk Dam* | Reg. Number: VA 2-043-261 Reg. Date: 3/20/2017 | Inv. No.: 3105 Inv. Date: 1/13/2005 Licensor: Kashi | Prentice Hall | Prentice Hall World Geography - Building a Global Perspective by Baerwald, Fraser 7e ©2005 - 0131817078 p. 448 | 200,000; NA Invoice 3523 adds 25,000 CD-Rom Invoice 3524 adds web use |