# Exhibit 5

to *Kashi v. Pearson Education, Inc.* No. 17-cv-10240-JLL-SCM
First Amended Complaint

| | Image | Image ID/Description | Registration info. | Publication |
|---|---|---|---|---|
| 1 | | WAT92037_00486f20x | Reg. Number: VA 2-043-261 Reg. Date: 3/20/2017 | Prentice Hall History of Our World - The Early Ages, ©2005 - 0131307711 |
| 2 | | ZK001647 *WORKER PLACING COMPUTER IN CARTON ON ASSEMBLY LINE AT DELL COMPUTER CORPORATION IN 1994* | Reg. Number: VA 2-042-439 Reg. Date: 12/30/2016 | Cost Accounting: A Managerial Emphasis 11e 2003 0130648159 (2nd use not licensed) |
| 3 | | ZK001647 *WORKER PLACING COMPUTER IN CARTON ON ASSEMBLY LINE AT DELL COMPUTER CORPORATION IN 1994* | Reg. Number: VA 2-042-439 Reg. Date: 12/30/2016 | Cost Accounting: A Managerial Emphasis, Third Canadian Edition 3e 2003 0130355801 |
| 4 | | ZK001647 *WORKER PLACES COMPUTER IN BOX: A CUSTOM COMPUTER GOES THROUGH THE ASSEMBLY LINE AT DELL.* | Reg. Number: VA 2-042-439 Reg. Date: 12/30/2016 | Macroeconomics 1e 2006 0130348252 |
| 5 | | DOL88207_00001f15x | Reg. Number: VA 2-043-445 Reg. Date: 3/20/2017 | Invitation to Psychology 4e 0131750631 |